## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>*Plaintiff*<br><br>v.<br><br>**PODCON, INC. d/b/a METLAB, et al.,**<br><br>*Defendant* | Case No. 2:24-cv-01919-JDW |

### ORDER

**AND NOW**, this 16th day of July, 2024, upon consideration of Plaintiff Travelers Property Casualty Company of America's letter requesting a one-week extension within which to file an answer to the Counterclaim of Defendant Podcon, Inc. d/b/a Metlab, it is **ORDERED** that Plaintiff shall file its Answer to Defendant's Podcon, Inc.'s Counterclaim on or before July 29, 2024.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.