IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER | : | |
| | : | |
| v. | : | No. 24-cv-2279 |
| | : | |
| JOSHUA DAVID SHAPIRO, MICHELLE HENRY, DEBORAH L. BOGEN, LARRY KRASNER, AND MERRICK BRIAN GARLAND | : : : : | |

## ORDER

**SURRICK, J.**                                                                                                  **MARCH 31, 2025**

**AND NOW**, this 31st day of March, 2025, upon consideration of Plaintiff's Complaint (ECF No. 1), Defendants' Motions to Dismiss (ECF Nos. 8, 17, and 19), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that Defendants' Motions to Dismiss are **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that, upon consideration of Plaintiff's Motion for Preliminary Injunction and Consolidated Trial Pursuant to Federal Rule of Civil Procedure 65 (ECF No. 6), and all documents submitted in support thereof and opposition thereto, the motion is **DENIED**. **IT IS SO ORDERED.**

                                                                                           BY THE COURT:


                                                                                           */s/ R. Barclay Surrick*
                                                                                           **R. BARCLAY SURRICK, J.**